IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **ZACHARY BOUVIER TAYLOR,** : <br> : <br> Petitioner, : <br> : <br> VS. : <br> :    NO. 4:24-cv-80-CDL-CHW <br> **STATE OF GEORGIA,** : <br> : <br> : <br> Respondent. : | |

## ORDER

     Petitioner Zachary Bouvier Taylor, a prisoner incarcerated in Calhoun State Prison in Morgan, Georgia, mailed a "Motion for Writ of Habeas Corpus and Return to Domicile" to the United States Court of Appeals for the Eleventh Circuit. ECF No. 1. That court transferred the action to this Court. ECF No. 1-2.

     On May 31, 2024, the Court ordered Petitioner to either move to proceed *in forma pauperis* or pay the $5.00 filing fee and file a recast 28 U.S.C. § 2254 petition using the Court's standard form. ECF No. 6. Petitioner was given fourteen days to respond and failed to do so. On July 2, 2024, the Court ordered Petitioner to show cause why his action should not be dismissed for failure to respond to the May 31, 2024 Order. Petitioner was again given fourteen days to respond and failed to do so.

     Due to Petitioner's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first citing Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 25th day of July, 2024.

                                                S/Clay D. Land
                                                CLAY D. LAND
                                                U.S. DISTRICT COURT JUDGE
                                                MIDDLE DISTRICT OF GEORGIA